## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

EUGENE KENNETH BRINSON,    )
    )
    Petitioner,    )
    )
v.    )    Civil No. 3:12cv240–HEH
    )
DAVID EBBERT,    )
    )
    Respondent.    )

## ORDER
### (Accepting Report and Recommendation and Dismissing 28 U.S.C. § 2241 Petition)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. The Report and Recommendation (ECF No. 11) is ACCEPTED AND ADOPTED;
2. The 28 U.S.C. § 2241 petition is DISMISSED for want of jurisdiction;
3. The action is DISMISSED; and
4. A certificate of appealability is DENIED.

Brinson may appeal the decision of the Court. Should he wish to appeal, a written notice of appeal must be filed within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Brinson and counsel for the United States.

It is SO ORDERED.

_____ /s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Aug. 28, 2013
Richmond, Virginia